[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 25, 2006
THOMAS K. KAHN
CLERK

_____

Nos. 06-11201 & 06-11455
Non-Argument Calendar

_____

D. C. Docket No. 05-00146-CR-ORL-19-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES FLOYD GANNON,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

**(August 25, 2006)**

Before TJOFLAT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Charles Gannon in these appeals from the revocation of Gannon's supervised release term, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of these appeals is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Gannon's supervised release term and the resulting sentence are **AFFIRMED**.